# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00361-CV

**EID Corporation, a Texas Corporation, and
Mohammed S. Alhajeid, Individually, Appellants**

**v.**

**The State of Texas; The City of Fort Worth, Texas;
The Transit Authority of Fort Worth, MTA Texas, et al., Appellees**

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 419TH JUDICIAL DISTRICT
NO. D-1-GV-13-000169, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

We will dismiss this appeal for want of prosecution.[1]  Appellants EID Corporation, a Texas Corporation, and Mohammed S. Alhajeid, Individually, have not paid or made arrangements to pay for the clerk's record in this appeal.  By letter dated August 9, 2013, this Court's clerk informed appellants that the clerk's record was overdue.  The clerk requested that appellants' attorney make arrangements for the record and submit a status report on or before August 19, 2013.  The clerk warned that failure to comply could result in the dismissal of this appeal for want of prosecution under Texas Rule of Appellate Procedure 37.3(b).

We have received no clerks record, no response from the appellants, and no other indication that the record is being prepared.  We dismiss this appeal for want of prosecution.

---

[1]  Appellants previously attempted to file a motion to dismiss that was rejected because it did not comply with the rules of procedure.

_____

                                  Jeff Rose, Justice

Before Justices Puryear, Rose, and Goodwin

Dismissed for Want of Prosecution

Filed:   August 30, 2013